UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION

CASE NO. 21-14481-CIV-CANNON/Maynard

**ROSEMARY FIORENZA**,

    Plaintiff,
v.

**COMMISSIONER OF
SOCIAL SECURITY**,

    Defendant.
_____/

**ORDER ACCEPTING MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION**

**THIS CAUSE** comes before the Court upon the parties' Motions for Summary Judgment [ECF Nos. 16, 21]. On January 20, 2023, following referral [ECF No. 2], Magistrate Judge Maynard issued a report ("the Report") [ECF No. 23] recommending that Plaintiff's Motion for Summary Judgment [ECF No. 16] be denied, that Defendant's Motion for Summary Judgment [ECF No. 21] be granted, and that the Administrative Law Judge's decision denying Plaintiff's disability benefits claim be affirmed. The Report instructed the parties to file objections to the Report by February 3, 2023 [ECF No. 23 p. 12]. Neither party has filed objections to the Report, and the time to do so has expired. Upon review, the Court finds the Report to be well reasoned and corrected. Accordingly, it is hereby

    **ORDERED AND ADJUDGED** as follows:

    1. The Report and Recommendation [ECF No. 23] is **ACCEPTED**.

        a. Plaintiff's Motion for Summary Judgment [ECF No. 16] is **DENIED**.

        b. Defendant's Motion for Summary Judgment [ECF No. 21] is **GRANTED**.

CASE NO. 21-14481-CIV-CANNON/Maynard

2. Final judgment will be entered separately pursuant to Rule 58 of the Federal Rules of Civil Procedure.

**DONE AND ORDERED** in Chambers at Fort Pierce, Florida this 6th day of February 2023.

AILEEN M. CANNON
UNITED STATES DISTRICT JUDGE

cc: counsel of record